Fill in this information to identify the case:

| Debtor name | ARM Management LLC |
| --- | --- |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known): | |

☐ Check if this is an amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| --- | --- | --- | --- | --- | --- | --- |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| CIT/LoanCare LLC ATTN: Consumer Solutions Dept PO Box 8068 Virginia Beach, VA 23450 | | Residential Rental Property 33239 Mulholland Hwy. Malibu, CA  90265 Structure(s) Demolished in Woolsey Fire Property was operated as a residential | Disputed | $1,350,000.00 | $800,000.00 | $550,000.00 |
| VCK/Val-Chris Investments 2601 Main St., Ste. 400 Irvine, CA 92614 | | Residential Rental Property 33239 Mulholland Hwy. Malibu, CA  90265 Structure(s) Demolished in Woolsey Fire Property was operated as a residential | | $240,000.00 | $800,000.00 | $240,000.00 |
| Comax Financial LLC 15445 Ventura Blvd. Unit 900 Sherman Oaks, CA 91403 | | Unsecured Loan | | | | $20,000.00 |
| Jason Anicich Civil Engineer 5523 Colina Strada Los Angeles, CA 90077 | | Engineering Services | | | | $15,750.00 |

Debtor **ARM Management LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Motaz M. Gerges Attorney at Law**<br>**18017 Chatsworth St. #440**<br>**Granada Hills, CA 91344** | | **Legal Advice & Representation** | | | | $15,670.00 |
| **Mathew Sledge**<br>**5740 Corsa Ave. #102**<br>**Thousand Oaks, CA 91362** | | **Maintenance** | | | | $10,200.00 |
| **Robert Howland**<br>**601 Hampshire Rd. #548**<br>**Westlake Village, CA 91361** | | **Logistics Services** | | | | $9,250.00 |
| **Josh Roman**<br>**5740 Corsa Ave. #102**<br>**Thousand Oaks, CA 91362** | | **Maintenance** | | | | $9,200.00 |
| **Victoria Santos**<br>**1197C E Los Angeles Ave. #253**<br>**Simi Valley, CA 93065** | | **Services** | | | | $950.00 |
| **CA Franchise Tax Board**<br>**ATTN: Bankruptcy Unit**<br>**MS: A-340 - PO Box 2952**<br>**Sacramento, CA 95812-2952** | | **FOR NOTICE ONLY** | **Disputed** | | | Unknown |
| **CIT/LoanCare LLC**<br>**ATTN: Consumer Solutions Dept**<br>**PO Box 8068**<br>**Virginia Beach, VA 23450** | | **Insurance Settlement - Woolsey Fire Claim**<br>**33239 Mulholland Hwy. - Malibu 90265**<br>**Funds received but check cannot be transacted because CIT/LoanCare w** | **Disputed** | Unknown | $883,000.00 | Unknown |
| **Internal Revenue Service**<br>**P.O. Box 7346**<br>**Philadelphia, PA 19101-7346** | | **FOR NOTICE ONLY** | **Disputed** | | | Unknown |

Official form 204    Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured claims    page 2

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor **ARM Management LLC**
Name

Case number *(if known)*

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Los Angeles County Tax**<br>**PO Box 54110**<br>**Los Angeles, CA 90054-0110** | | **FOR NOTICE ONLY** | **Disputed** | | | **Unknown** |
| **Sarah Nagel Certified Public Account**<br>**23193 La Cadena Dr. #104**<br>**Laguna Hills, CA 92653** | | **Accounting Services** | | | | **$0.00** |

**Fill in this information to identify the case:**

Debtor name: **ARM Management LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 202
## Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**Declaration and signature**

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☐ Schedule A/B: Assets–Real and Personal Property (Official Form 206A/B)
☐ Schedule D: Creditors Who Have Claims Secured by Property (Official Form 206D)
☐ Schedule E/F: Creditors Who Have Unsecured Claims (Official Form 206E/F)
☐ Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G)
☐ Schedule H: Codebtors (Official Form 206H)
☐ Summary of Assets and Liabilities for Non-Individuals (Official Form 206Sum)
☐ Amended Schedule _____
☒ Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders (Official Form 204)
☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **August 18, 2020**    X _/s/_____
Signature of individual signing on behalf of debtor

**Akikur Reza Mohammad**
Printed name

**Managing Member**
Position or relationship to debtor